# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| REANNA M. JOHNSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 1:23-CV-177 (LAG) |
| : | |
| TRUEACCORD CORPORATION, : | |
| : | |
| Defendant. : | |
| : | |

## **ORDER**

On August 10, 2023, *pro se* Plaintiff Reanna Johnson filed a civil Complaint against Defendant TrueAccord Corporation. (Doc. 1). Since then, there has been no other action in this case. On August 8, 2025, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute and properly serve Defendant. (Doc. 4). The deadline for Plaintiff to show cause was fourteen days, August 22, 2025. (*Id.*) Those fourteen days have passed since entry of the Order and Plaintiff has failed to show cause. (*See* Docket). Accordingly, Plaintiff's Complaint is **DISMISSED without prejudice.** *See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order." (citations omitted)).

**SO ORDERED**, this 26th day of August, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**