IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| REANNA M. JOHNSON, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-177 (LAG) |
| | * |
| TRUEACCORD CORPORATION, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 26, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of August, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk